ACCEPTED
03-15-00068-CR
7980646
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 4:42:53 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00068-CR

| | | |
|---|---|---|
| KARL DEAN STAHMANN | § | IN THE THIRD |
| | § | |
| v. | § | DISTRICT COURT OF |
| | § | |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 4:42:53 PM
JEFFREY D. KYLE
Clerk

## STATE'S OBJECTION AND RESPONSE TO APPELLANT'S MOTION FOR EXTENSION

**TO THE HONORABLE JUSTICES OF SAID COURT**:

COMES NOW THE STATE OF TEXAS, by and through its Assistant District Attorney, and files this its Objection and Response to Appellant's Motion For Extension in the above-captioned cause. The State objects to and asks that this Honorable Court deny Appellant's Motion outright, or in the alternative order Appellant to submit his brief within 30 days of November 11, 2015. In support of said request, the State would show the following:

### I. Appellant Is Attempting to Delay His Appeal.

Following his placement on deferred adjudication, Appellant pled "true" to several of the allegations in the State's Motion to Adjudicate. Appellant – currently out on an appeal bond – is attempting to delay his appeal from said adjudication. His brief from his prior attorney, Charles Baird, was originally due on or about March 30, 2015. After a Notice of Late Brief was sent out on April 14th, Appellant filed three motions for extension of time, totaling 180 days. With the third motion,

1

the Court ordered Appellant to file his brief no later than October 9, 2015.[1] After missing that deadline, Appellant submitted a motion to substitute counsel on October 30, 2015.

Notably, Appellant's new appellate counsel Ms. Kadirhan appears to share an office suite with his prior appellate counsel Mr. Baird; motions from each attorney indicate they both practice out of 2312 Western Trails Blvd, Suite 102-A, Austin, Texas 78745. Furthermore, they share a common phone number (512-804-5911). After the motion to substitute was approved, Appellant's new appellate counsel filed the instant motion requesting another 60-day extension from November 11, 2015. In said motion, counsel did not state the number of previous extensions granted to Appellant (Tex. R. App. P. 10.5(b)(1)(D)), nor did counsel assert the extension was not requested for the purpose of delay.

Because Appellant has already received over half a year to research and file his brief, this Court should deny the instant motion outright. In the alternative, the Court should deny said motion at least in part, and order Appellant's new counsel to file the brief within 30 days of November 11, 2015, the date counsel was appointed. Furthermore, the State asks that this Honorable Court require counsel to explain – prior to the granting of any extension – the extent of the research and notes provided to her from Appellant's prior appellate counsel, as well as her level

---

[1] Appellant's Motion incorrectly states that the Court ordered the brief filed by October 30, 2015.

of communication and association with Appellant's prior counsel, Mr. Baird, regarding Appellant's case. Additionally, the State requests that Appellant's counsel first be required to state that said extension is not requested for the purpose of delay.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, the State respectfully prays that Appellant's Motion be DENIED. In the alternative, the State prays that the motion be denied at least in part, and Appellant be ordered to file his brief within 30 days of November 11, 2015, or whatever other time period the Court determines is appropriate. Furthermore, prior to any further extensions, the State prays that the Appellant's new counsel state her level of familiarity with Appellant's case, including the extent of her communications with prior counsel Mr. Baird regarding said case, and to state that the extension is not requested for the purpose of delay. Further, the State prays for all other relief to which it may be entitled.

Respectfully submitted,

/s/ Daniel Palmitier
**Daniel Palmitier**
SBN: 24062934
palmid@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

3

## CERTIFICATE OF SERVICE

I, Daniel Palmitier, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Objection and Response to Appellant's Motion for Extension* has been delivered to Appellant KARL DEAN STAHMANN's attorney of record in this matter:

J. Deniz Kadirhan
Deniz@KadirhanLaw.com
2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745
Tel: 512-804-5911
*Counsel for Appellant on Appeal*

by electronic mail service through efile.txcourts.gov, this 24th day of November, 2015.

/s/ Daniel Palmitier
**Daniel Palmitier**